DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER R. FRIED,**
Appellant,

v.

**ZACHARY P. HYMAN, KAYLEE R. HYMAN** and **PAUL HYMAN, JR.,**
Appellees.

No. 4D19-3653

[December 31, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502019CP004065.

David Di Pietro, Esq. and Rodolfo Mayor, Esq. of Di Pietro Partners, LLP, Fort Lauderdale, for appellant.

Yueh-Mei Kim Nutter, Mark A. Levy and Benjamin Sunshine of Brinkley Morgan, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***